ACCEPTED
03-14-00706-CV
4651411
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/26/2015 10:32:23 AM
JEFFREY D. KYLE
CLERK



# Office of Public Utility Counsel

**P.O. Box 12397**
**Austin, Texas 78711-2397**
**Tel: (512) 936-7500  Fax: (512) 936-7525**
**Toll Free: (877) 839-0363**

**Tonya Baer**
**Public Counsel**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/26/2015 10:32:23 AM

JEFFREY D. KYLE
Clerk

March 26, 2015

The Honorable Jeffrey D. Kyle
Clerk, Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

Re:  *Entergy Texas, Inc. v. Public Utility Commission of Texas, et al.*,
Case No. 03-14-00706-CV; Trial Court No. D-1-GN-13-002623

Dear Mr. Kyle:

In response to your letter dated March 24, 2015 regarding the referenced case, I wish to advise you that I intend to present argument before the Court on behalf of the Office of Public Utility Counsel. I am available on the date set by the Court (May 20, 2015 at 1:30 p.m.).

Thank you for your attention to this matter.

Very truly yours,

*/s/ Ross W. Henderson*
Ross W. Henderson
Assistant Public Counsel
State Bar No. 24046055

OFFICE OF PUBLIC UTILITY COUNSEL
1701 N. Congress Avenue, Suite 9-180
P.O. Box 12397
Austin, Texas 78711-2397
512/936-7500 (Telephone)
512/936-7525 (Facsimile)
ross.henderson@opuc.texas.gov

**1701 North Congress Avenue, Suite 9-180 ● Austin, Texas 78701**

## Certificate of Service

I certify that Intervenor Appellee, Office of Public Utility Counsel's Letter to the Clerk of the Third Court of Appeals was electronically filed with the Clerk of the Court using the electronic case filing system of the Court, and that a true and correct copy of this document was served upon counsel for each party of record, listed below, by electronic service or 1st Class U.S. Mail, on this 26th day of March, 2015.

Marnie A. McCormick
John F. Williams
Duggins, Wren, Mann & Romero, LLP
P.O. Box 1149
Austin, Texas  78767-1149
(512) 744-9300
(512) 744-9399 (fax)
mmcormick@dwmrlaw.com
jwilliams@dwmrlaw.com
*Counsel for Entergy Texas, Inc.*

Katherine H. Farrell
Sara R. Hammond
Administrative Law Division
Office of the Attorney General
P.O. Box 12548 – Mail Code 018-12
Austin, Texas 78711-2548
(512) 475-4173
(512) 320-0167 (fax)
katherine.farrell@texasattorneygeneral.gov
sara.hammond@texasattorneygeneral.gov
*Counsel for State Agencies*

Elizabeth R. B. Sterling
Environmental Protection Division
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 475-4152
(512) 320-0911 (fax)
elizabeth.sterling@texasattorneygeneral.gov
*Counsel for the Public Utility Commission of Texas*

Rex VanMiddlesworth
Benjamin Hallmark
Thompson & Knight, LLP
98 San Jacinto Blvd, Ste. 1900
Austin, Texas 78701
(512) 469-6100
(512) 469-6180 (fax)
rex.vanm@tklaw.com
benjamin.hallmark@tklaw.com
*Counsel for Texas Industrial Energy Consumers*


*/s/ Ross W. Henderson*
Ross W. Henderson